MCGREGOR W. SCOTT
United States Attorney
MATTHEW D. SEGAL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2708

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>AYKAZN OVESPYAN, a.k.a.<br>AYKAZI OVESPYAN,<br>GARNIK OVESPYAN,<br>HAYGAZ OVESPYAN,<br><br>  Defendant. | CASE NO. S 06-248 LKK<br><br><br><br>MOTION TO DISMISS |

The United States requests leave of court to dismiss the charges against the above-named Defendant, who has not yet appeared or been summoned in this case. Fed. R. Crim. P. 48(a).

                                    Respectfully Submitted,
                                    McGREGOR W. SCOTT
                                    United States Attorney

DATED: October 20, 2006      By:   /s/ Matt Segal
                                    MATTHEW D. SEGAL
                                    Assistant U.S. Attorney

**SO ORDERED.**

**DATED: October 20, 2006.**

                                    _____
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT